**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **Larry S. Bassett,** | § | **CASE NO. 19-20023** |
| xxx-xx-2667 | § | |
| **Karen J. Bassett,** | § | |
| xxx-xx-7513 | § | |
| 10282 Sheep Road, Pittsburg, TX 75686 | § | CHAPTER 7 |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE
FOR FILING OBJECTIONS TO DISCHARGE OR DISCHARGEABILITY
AND TO FILE 707(b) MOTIONS TO DISMISS**

**21-DAY NEGATIVE NOTICE – LBR 9007(a):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion/Objection/Application unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter**.

COMES NOW Michael J. McNally, Chapter 7 Trustee ("Trustee" or "Movant"), and files this his Motion to Extend Deadline for Filing Objections to Discharge or Dischargeability and to File 707(b) Motions to Dismiss and would show the Court as follows:

1. Debtors filed their Voluntary Petition under Chapter 7 on February 12, 2019 and filed their Schedules and Statement of Financial Affairs on March 4, 2019.

2.     Movant is the duly appointed, qualified and acting Chapter 7 Trustee in Bankruptcy of the estate of the above named debtor.

3.     The First Meeting of Creditors was originally scheduled for March 18, 2019 when it was conducted in part and then continued by Trustee to April 19, 2019 when it was concluded. The total time for the two installments of the meeting totaled over three and one-half hours. A significant amount of information and documentation is involved.

4.     Movant requests that the deadline to object to discharge and dischargeability and to file 707(b) motions to dismiss be extended 60 days from May 17, 2019 to July 16, 2019 in order for Trustee, the United States Trustee and other parties to have an opportunity to secure and review pertinent documentation and information and prepare and file whatever pleadings may be indicated, if any.

WHEREFORE, Michael J. McNally, Chapter 7 Trustee, prays that the deadline to object to discharge or dischargeability and to file 707(b) motions to dismiss be extended from May 17, 2019 to July 16, 2019 and for such other and further relief to which he may show himself to be justly entitled.

Respectfully Submitted,

*/s/ Michael J. McNally*
Michael J. McNally
State Bar I.D. #13815700
100 E. Ferguson, Suite 400
Tyler, Texas  75702
Telephone No. 903-597-6301
Facsimile No. 903-597-6302

Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served by either electronic means or first class mail, postage prepaid on the Debtors, Larry & Karen Bassett, 10282 Sheep Road, Pittsburg, TX 75686, Debtor's attorney, William H. Lively Jr., 432 S. Bonner Ave., Tyler, TX 75702, the U.S. Trustee, 100 N. College, Suite 300, Tyler, TX 75702, and the attached mailing list, on May 7, 2019.

/s/ Michael J. McNally